**Opinion issued March 16, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-22-00769-CV**

———————————

**JUNIUS TAYLOR, Appellant**

**V.**

**JOEL MITCHELL, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Travis County, Texas**
**Trial Court Case No. C-1-CV-22-000102**

---

## MEMORANDUM OPINION

Appellant, Junius Taylor, has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 37.3(b), 42.3(b).

We dismiss the appeal for want of prosecution. We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.